IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08MJ3006 & |
| | ) | 4:08CR3035-2 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MARTHA LILIANO MIRANDA-SANDOVAL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that J. Bruce Teichman's motion to withdraw as counsel (filing 15 in Case No. 4:08MJ3006) is granted. Mr. Teichman is allowed to withdraw as defense counsel in Case Nos. 4:08MJ3006 and 4:08CR3035-2.

    March 31, 2008.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge